UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL JOSEPH MORALES,<br><br>Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON,<br><br>Respondent. | CASE NO. 3:17-CV-05344-RBL-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: SEPTEMBER 15, 2017 |

The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner filed the petition pursuant to 28 U.S.C. § 2254.

The Court recommends that the action be dismissed. Petitioner has failed to comply with a Court order and failed to prosecute this action.

**BACKGROUND**

On May 9, 2017, petitioner filed a petition for a writ of habeas corpus. Dkt. 1. After granting his motion for leave to proceed in forma pauperis (Dkt. 4), the Court ordered petitioner

to file an amended petition (Dkt. 7) because petitioner had not adhered to the Rules Governing Section 2254 Cases. Petitioner had until July 14, 2017 to file an amended petition. Dkt. 7. Petitioner has failed to do so.

**DISCUSSION**

Federal Rule of Civil Procedure 41(b) provides for involuntary dismissal if a petitioner fails to prosecute or to comply with a court order. The dismissal counts as an adjudication on the merits unless the Court provides otherwise.

Petitioner has failed to file an amended petition in compliance with the Court's order. Because petitioner has failed to comply with the order and has also failed to prosecute this action, the Court recommends dismissal of this action.

**CONCLUSION**

The Court recommends that this action be dismissed for failure to comply with a Court order. Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), petitioner shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on **September 15, 2017** as noted in the caption.

Dated this 24th day of August, 2017.

J. Richard Creatura
United States Magistrate Judge