UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GABRIEL JOSEPH MORALES,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. 3:17-CV-05344-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

THIS MATTER is before the Court on the Report and Recommendation [Dkt. #8] of Magistrate Judge J. Richard Creatura. The Report and Recommendation is ADOPTED.

Petitioner Morales's §2254 petition for writ of habeas corpus [Dkt. #1] is DISMISSED for failure to file an Amended Petition by July 14, as ordered [Dkt. #7].

IT IS SO ORDERED.

**DATED** this 21st day of September, 2017.

                                                      Ronald B. Leighton
                                                      United States District Judge